### STATE v. WAYNE BEUFORD RODDY.

(Filed 16 December, 1959.)

APPEAL by defendant from *Preyer, J.,* at April 1959 Term, of SURRY.

Criminal prosecution upon a bill of indictment charging murder in the first degree of one Bobby Jarrell.

Plea: Not guilty.

Verdict: Guilty — Manslaughter.

Judgment: Confinement in Central Prison for a period of not less than three nor more than six years.

Defendant excepts and appeals to Supreme Court, and assigns error.

*Attorney General Seawell, Assistant Attorney General Harry W. McGalliard for the State.*
*Barber & Gardner for defendant, appellant.*

PER CURIAM. While defendant presents on this appeal several assignments of error based upon exceptions to admission and to exclusion of matters of evidence, a careful consideration of them fails to reveal prejudicial error. Hence in the judgment from which appeal is taken there is

No error.